

**SIGNED** July 25, 2025
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: | **Sade Appollonia Monc Evans**<br><br>**101 Darien Terr.**<br>**Charlottesville, VA 22902**<br><br>Debtor(s) | CASE NO.: 25−60849<br><br>CHAPTER: 7<br><br>DATE FILED: July 22, 2025 |
|---|---|---|
| **TRUSTEE:** | **Andrew S Goldstein(68)**<br>**PO Box 404**<br>**Roanoke, VA 24003−0404** | **COUNSEL FOR DEBTOR(S):**<br><br>**Marshall Moore Slayton Esq**<br>**Slayton Law, PLC**<br>**913 East Jefferson Street**<br>**Charlottesville, VA 22902** |

### ORDER STAYING LEVY OR GARNISHMENT

Upon filing of the debtor's petition in this Court, the stay of 11 U.S.C. § 362(a) immediately became effective, which prohibits any creditor or other entity from employing any process or commencing or continuing any action, lawsuit, enforcement of any judgment or any lien against property, by attachment, judgment, garnishment, levy or other legal or equitable process or proceeding without first applying to and receiving relief from this Court. It is accordingly ADJUDGED and ORDERED that:

(1) Any employer or other party holding wages or funds withheld under garnishment or levy of execution (post−petition) following the date the petition was filed shall:

   (a) If, as stated in the caption of this order, a trustee is assigned, pay to the trustee said funds at the address shown and provide to Counsel for the debtor at the address shown a statement of all funds previously withheld or otherwise due debtor under garnishment or other process pending and any other funds being withheld from debtor, and/or levies of property of the debtor, identified as: Wages garnished at Better Living Building Supply by F & S Financial Marketing, Inc. Further, the employer or other party shall deliver to the trustee the pre−petition withheld funds not later than the date of the § 341 Meeting of Creditors, August 26, 2025 or within fourteen (14) days after entry of this order if the § 341 Meeting of Creditors has already been held.

   (b) If, as stated in the caption of this order, no trustee is assigned, immediately return the garnished funds to the debtor. If the garnished funds are being withheld from one or more deposit accounts by a depository institution, the garnished funds shall be made available to the debtor in the same account with no restrictions by the depository institution.

(2) The employer or other party may file a copy of this Order with its answer and report to the appropriate State Court Clerk's Office which issued the garnishment or levy of execution. This Order shall be sufficient authority for the employer or other party to so act and the party is hereby held harmless for its action pursuant to the Order.

(3) **Any party objecting to entry of this order will have fourteen (14) days from the date of this order to file objections with the court and to schedule a hearing regarding the objection.**

Service of a copy of this Order is being made to the garnishing entity, Sheriff, if levy is in effect, judgment creditor(s), debtor, debtor's attorney, Trustee, U. S. Trustee, the Clerk of the appropriate State Court issuing the garnishment or levy, and other parties in interest.

oglg                              **END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

In re:     Case No. 25-60849-rbc

Sade Appollonia Monc Evans     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: admin     Page 1 of 1

Date Rcvd: Jul 25, 2025     Form ID: oglg     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sade Appollonia Monc Evans, 101 Darien Terr., Charlottesville, VA 22902-9008 |
| | + | Albemarle General District Court, 501 E. Jefferson St., Room 138, Charlottesville, VA 22902-5174 |
| | + | Better Living Building Supply, Attn: Payroll, 3450 Berkmar Dr., Charlottesville, VA 22901-8033 |
| | + | F & S Financial Marketing Inc., 1400 Richmond Rd., Charlottesville, VA 22911-3509 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein(68) | agoldstein@mglspc.com va34@ecfcbis.com |
| Marshall Moore Slayton, Esq | on behalf of Debtor Sade Appollonia Monc Evans marshall@marshallslayton.com bbrs.bestcase@gmail.com;r44646@notify.bestcase.com;brenda@marshallslayton.com;carlos@marshallslayton.com;isaac@marshallslayton.com;judith@marshallslayton.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3